02-10-274-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00274-CV

 

 


 
 
 Elizabeth A. Flack-Batie and Lisa
 A. Batie
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Jon Henning and Ardith Beckley
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM County Court at Law No. 1
OF Tarrant COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

In
accordance with the parties’ signed agreement, entitled “Joint Motion And Agreed Order For Dismissal,” we set aside without regard
to the merits the trial court=s
judgment and remand this case to the trial court for rendition of judgment in
accordance with the agreement.  See
Tex. R. App. P. 42.1(a)(2)(B); Innovative Office
Sys., Inc. v. Johnson, 911 S.W. 2d 387, 388 (Tex. 1995).

All
pending motions are denied as moot.

 

 

PER
CURIAM

 

PANEL:  DAUPHINOT, GARDNER,
and WALKER, JJ.  

 

DELIVERED:  February 10, 2011











[1]See Tex. R. App. P. 47.4.